**No. 55553.**—Quon Quon Company *v.* United States, protests 151088–K, etc. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, composed wholly or in chief value of brass,

not plated, used chiefly for utilitarian purposes in the household, similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.